FILED
CLERK, U.S. DISTRICT COURT

March 9, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Antonio Fernandez,<br><br>    Plaintiff,<br><br>    v.<br><br>Sterik Boyle Heights, L.P., a Delaware Limited Partnership; Sterik Boyle Heights LLC, a Delaware Limited Liability Company; Ralphs Grocery Company, an Ohio Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 2:19-cv-06034-SB-AS<br>Honorable Stanley Blumenfeld, Jr.<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Action Filed:    July 15, 2019<br>Trial Date:      None Set |

1    Defendants Sterik Boyle Heights, L.P., Sterik Boyle Heights LLC, and Ralphs
2   Grocery Company's Motion for Summary Judgment or, in the Alternative,
3   Summary Adjudication, was scheduled for hearing on August 6, 2020.  On July 31,
4   2020, the court took the hearing off calendar and placed the motions under
5   submission.
6    After considering the papers and the evidence, the Court **ORDERS** as
7   follows:
8    There are no disputed issues of material fact.  Defendants' Motion is
9   **GRANTED**.  Plaintiff's ADA claim is hereby dismissed with prejudice.  Plaintiff's
10   Unruh Act claim is hereby dismissed without prejudice.  Judgment is entered in
11   favor of Defendants and against Plaintiff on all of Plaintiff's claims.
12
13    **IT IS SO ORDERED.**
14
15   DATED: March 9, 2021

_____
Honorable Stanley Blumenfeld, Jr.
United States District Judge

-1-